IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                                                    Case No. 6:17-bk-02968-KSJ

MONICA CECILIA MORENO DE COBOS,
                                                                                          Chapter 7
    Debtor, *pro se*.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned files their Notice of Appearance as counsel for creditor and party in interest, WESTON TC LLC ("WTC"), in the above-styled cause, in accordance with 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), that all papers, pleadings, motions and applications served or required to be served in this adversary proceeding be given to and served upon:

    David H. Haft, Esq.
    **Tobin & Reyes, P.A.**
    225 N.E. Mizner Boulevard, Suite 510
    Boca Raton, FL 33432
    Service Emails: eservice@tobinreyes.com; dhaft@tobinreyes.com;
    dboentgen@tobinreyes.com

and

    Ricardo A. Reyes, Esq.
    **Tobin & Reyes, P.A.**
    225 N.E. Mizner Boulevard, Suite 510
    Boca Raton, FL 33432
    Service Emails: rar@tobinreyes.com; mhorton@tobinreyes.com; acosti@tobinreyes.com.

In addition, it is respectfully requested that, pursuant to Rule 2002(g), the undersigned be added to the Court's Mailing Matrix as counsel of records for WTC.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint of demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e- mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtors or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is made without prejudice to WTC's rights, remedies and claims against other entities. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by WTC to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive any substantive or procedural rights of WTC, including but not limited to: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which WTC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are

hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or paper for which mailed or personal service is required under the applicable Federal or Local Rules of Bankruptcy or Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that Debtor, MONICA CECILIA MORENO DE COBOS, is the guarantor under a lease contract for nonresidential real property between WTC, as landlord, and BEAUTY SOLUTIONS OF DORAL, LLC, as tenant. The address of the leased premises is 1735 Main Street, Weston, FL 33326 ("Premises").

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  June 7, 2017

                                              Respectfully submitted

                                              *s/David H. Haft*
                                              Ricardo A. Reyes (rar@tobinreyes.com)
                                              Florida Bar No. 864056
                                              David H. Haft (dhaft@tobinreyes.com)
                                              Florida Bar No. 68992
                                              *Attorneys for Weston TC LLC*
                                              TOBIN & REYES, P.A.
                                              225 N.E. Mizner Boulevard, Suite 510
                                              Boca Raton, Florida 33432
                                              Tel:    (561) 620-0656
                                              Fax:   (561) 620-0657
                                              Primary Email: eservice@tobinreyes.com
                                              Secondary: mhorton@tobinreyes.com
                                              Secondary: acosti@tobinreyes.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that, on this 7th day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

WE FURTHER HEREBY CERTIFY that a true and correct copy of the foregoing was this 7th day of June, 2017, served by U.S. Mail on: Debtor, Monica Cecilia Moreno de Cobos, 1913 Thetford Cr., Orlando, FL 32824.

        Respectfully submitted

        *s/David H. Haft*
        Ricardo A. Reyes (rar@tobinreyes.com)
        Florida Bar No. 864056
        David H. Haft (dhaft@tobinreyes.com)
        Florida Bar No. 68992
        A*ttorneys for Weston TC LLC*
        TOBIN & REYES, P.A.
        225 N.E. Mizner Boulevard, Suite 510
        Boca Raton, Florida 33432
        Tel:  (561) 620-0656
        Fax:  (561) 620-0657
        Primary Email: eservice@tobinreyes.com
        Secondary: mhorton@tobinreyes.com
        Secondary: dboentgen@tobinreyes.com